# 19-3313-MJ-LOUIS



**U.S. Department of Justice**

Criminal Division

*Fraud Section*

1400 New York Avenue, N.W.
Washington, D.C. 20005

August 14, 2019

**VIA HAND DELIVERY**

Ms. Celeste Berns

FILED BY ___YR___ D.C.

Aug 16, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Re:   Grand Jury Investigation

Dear Ms. Berns:

    This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 1347 (Health Care Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1349 (Conspiracy to Commit Health Care Fraud and Wire Fraud), Title 18, United States Code, Section 371 (Conspiracy to Defraud the United States and Receive and Pay Health Care Kickbacks), Title 42, United States Code, Section 1320a-7b(b)(1)(A) (Receipt of Health Care Kickbacks), and Title 42, United States Code, Section 1320a-7b(b)(2)(A) (Payment of Health Care Kickbacks).

    If you elect to retain counsel in this matter, please have your attorney contact me. If you believe you are financially unable to hire an attorney, the Court may appoint counsel for you. If this is the case, I encourage you to contact Special Agent Ricardo Carcas of the U.S. Department of Health and Human Services, Office of Inspector General, for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you. Special Agent Carcas can be reached at (305) 710-3752.

    If your counsel does not contact me, or you do not contact Special Agent Carcas regarding appointment of counsel, within 14 days of receipt of this letter, I will assume that you have elected not to resolve this matter at this time. In that event, the grand jury will consider the facts obtained during the course of this investigation.

Sincerely,

*/s/ David A. Snider*
David A. Snider
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 794-4976